UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NATHASHA KRUMBIEGEL, individually and on behalf of all others similarly situated,

                      Plaintiff,

-against-

RED RIVER INN INC., WRM 852 CORP., RICK TRIPI, and WILLIAM MENENDEZ,

                      Defendants.

-----------------------------------------------------------X

Case No. 2:22-cv-02114 JMA-JMW

**NOTICE OF PLAINTIFF'S ACCEPTANCE OF SUCCESSOR DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO F.R.C.P. 68**

     Plaintiff, Nathasha Krumbiegel ("Plaintiff"), through her undersigned counsel, hereby notifies the Court that on or about March 21, 2023, said Plaintiff accepted an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, of Defendants WRM 852 Corp., and William Menendez (collectively, "Successor Defendants") in the amount of Five Thousand Dollars and Zero Cents ($5,000.00), extended on or about March 21, 2023. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiff's acceptance of said Offer of Judgment; (c) Proof of Service of (1) the Successor Defendants' Offer of Judgment and (2) Plaintiff's acceptance of said Offer of Judgment; and (d) a Proposed Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Dated: March 22, 2023

                                                         **Akin Law Group PLLC**

                                                         _/s/ Justin Ames_
                                                         Justin Ames
                                                         45 Broadway, Suite 1420
                                                         New York, New York 10006
                                                          (212) 825-1400

                                                         _Counsel for Plaintiff_

UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF NEW YORK
------------------------------------------------------------X  Case No. 2:22-cv-02114 JMA-JMW
NATHASHA KRUMBIEGEL, individually and on
behalf of all others similarly situated,

                Plaintiff,         **RULE 68 OFFER OF JUDGMENT**

      -against-

RED RIVER INN INC., WRM 852 CORP.,
RICK TRIPI, and WILLIAM MENENDEZ,

                Defendants.
------------------------------------------------------------X

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), defendants WRM 852 CORP., and WILLIAM MENENDEZ (collectively, "Successor Defendants"), by their attorneys Jakubowski, Robertson, Maffei, Goldsmith & Tartaglia, LLP, hereby offer to allow judgment be entered against them in this action, jointly and severally, in favor of plaintiff NATHASHA KRUMBIEGEL in the sum of five thousand dollars and zero cents ($5,000.00) in full and final resolution of all of Plaintiff's claims for relief against the Successor Defendants including, without limitation, claims for unpaid wages, overtime, liquidated damages, statutory damages, punitive damages, emotional damages, interest, costs, fees, reasonable attorneys' fees and costs, and all other sums or expenses arising out of or otherwise related to the allegations in this action. If Plaintiff accepts this Offer of Judgment, the Successor Defendants shall pay the sum of $5,000.00. The Successor Defendants shall not make any other or further payments to either Plaintiff or to her attorneys.

      This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed as an admission that the Predecessor Defendants are liable in this action, or that Plaintiff has suffered any damages.

Acceptance of this Offer of Judgment will act to release and discharge the Successor Defendants from any and all claims that have been alleged or could have been alleged by Plaintiff in this action, including, without limitation, any and all claims under the Fair Labor Standards Act, New York Labor Law, Title VII of the Civil Rights Act of 1964, the New York State Human Rights Law, and the New York City Human Rights Law. Pursuant to Rule 68, this Offer of Judgment shall be deemed withdrawn unless Plaintiff serves written notice of her acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. This Offer of Judgment shall not be filed with the court unless accepted. Any evidence of this Offer of Judgment shall be inadmissible except in any proceeding to enforce its terms.

Dated: Saint James, New York
March 21, 2023

                                                             JAKUBOWSKI, ROBERTSON, MAFFEI,
                                                             GOLDSMITH & TARTAGLIA, LLP

By: _____
Mark Goldsmith
969 Jericho Turnpike
Saint James, New York 11780
(631) 360-0400
*Attorneys for Predecessor Defendants*

TO:      AKIN LAW GROUP PLLC
           Justin Ames
           45 Broadway Suite 1420
           New York, New York 10006
           Tel.: (212) 825-1400
           justin@akinlaws.com
           *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NATHASHA KRUMBIEGEL, individually and on behalf of all others similarly situated,

                              Plaintiff,

-against-

RED RIVER INN INC., WRM 852 CORP., RICK TRIPI, and WILLIAM MENENDEZ,

                              Defendants.
-------------------------------------------------------------X

Case No. 2:22-cv-02114 JMA-JMW

**PLAINTIFF'S ACCEPTANCE OF SUCCESSOR DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO F.R.C.P. 68**

Plaintiff, Nathasha Krumbiegel ("Plaintiff"), by and through undersigned counsel, hereby accepts the Offer of Judgment extended, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), on or about March 21, 2023, by Defendants WRM 852 Corp., and William Menendez (collectively, "Successor Defendants") in the amount of Five Thousand Dollars and Zero Cents ($5,000.00), inclusive of all costs and fees, including all attorneys' fees.

Dated: March 21, 2023

                                                        **Akin Law Group PLLC**

                                                        */s/ Justin Ames*
                                                        Justin Ames
                                                        45 Broadway, Suite 1420
                                                       New York, New York 10006
                                                       (212) 825-1400

                                                       *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NATHASHA KRUMBIEGEL, individually and on   Case No. 2:22-cv-02114 JMA-JMW
behalf of all others similarly situated,

                          Plaintiff,                **AFFIRMATION OF SERVICE**
      -against-

RED RIVER INN INC., WRM 852 CORP.,
RICK TRIPI, and WILLIAM MENENDEZ,

                          Defendants.
-------------------------------------------------------------X

      I, Justin Ames, an attorney licensed to practice in this state and before this court, affirms under penalty of perjury that: (a) On or about March 21, 2023, I accepted service, on behalf of Plaintiff, Nathasha Krumbiegel ("Plaintiff"), of an Offer of Judgment dated March 21, 2023, extended by Defendants WRM 852 Corp., and William Menendez (collectively, "Successor Defendants"), said Offer of Judgment having been transmitted to me on March 21, 2023 via electronic mail by a legal assistant for the offering Successor Defendants' counsel, Lori Vogt, and that (b) on or about March 21, 2023, I served Plaintiff's acceptance of said Offer of Judgment upon the Successor Defendants by sending a copy of Plaintiff's acceptance of said offer via electronic mail to the offering Defendants' counsel of record and to counsel's legal assistant at: mgoldsmith@jrmgtattorneys.com and Lori@jrmgtattorneys.com, respectively.

Dated: March 22, 2023

                                                              **Akin Law Group PLLC**

                                                              _/s/ Justin Ames_
                                                              Justin Ames
                                                              45 Broadway, Suite 1420
                                                              New York, New York 10006
                                                               (212) 825-1400
                                                              _Counsel for Plaintiff_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATHASHA KRUMBIEGEL, individually and on behalf of all others similarly situated,

Case No. 2:22-cv-02114 JMA-JMW

                Plaintiff,

**PROPOSED JUDGMENT PURSUANT TO F.R.C.P. 68**

    -against-

RED RIVER INN INC., WRM 852 CORP.,
RICK TRIPI, and WILLIAM MENENDEZ,

                Defendants.
-----------------------------------------------------------X

**WHEREAS**, on March 21, 2023, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants WRM 852 Corp., and William Menendez ("collectively, "Successor Defendants") extended to Plaintiff Nathasha Krumbiegel, an offer of judgment against them, jointly and severally, in the amount of Five Thousand Dollars and Zero Cents ($5,000.00), inclusive of all costs and fees, including all attorneys' fees;

**WHEREAS**, on March 21, 2023, Plaintiff accepted the Successor Defendants' Offer of Judgment;

IT IS **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff and against the Successor Defendants in the amount of Five Thousand Dollars and Zero Cents ($5,000.00).

Dated: Central Islip, New York
       _____, 2023

                                          _____
                                          Hon. Joan M. Azrack, U.S.D.J.