**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

NATASHA KRUMBIEGEL, individually and on
Behalf of all others similarly situated,

                Plaintiff,

  - against -                                          **JUDGMENT**
                                                        CV 22-2114 (JMA) (JMW)

RED RIVER INN, WRM 852 CORP., RICK
TRIPI and WILLIAM MENDEZ,

                Defendants.

-------------------------------------------------------------------X

       A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on March 22, 2023, accepting Defendants Red River Inn and Rick Tripi's March 21, 2023 offer to allow judgment against them by Plaintiff in the amount of $120,000.00, in full and final resolution of all of Plaintiff's claims for relief against Defendants Red River Inn and Rick Tripi including, without limitation, claims for unpaid wages, overtime, liquidated damages, statutory damages, punitive damages, emotional damages, interest, costs, fess, reasonable attorneys' fees and costs, and all other sums or expenses arising out of or otherwise related to the allegations in this action; and a Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on March 22, 2023, accepting Defendants WRM 852 Corp., and William Mendez's March 21, 2023 offer to allow judgment against them by Plaintiff in the amount of $5,000.00, in full and final resolution of all of Plaintiff's claims for relief against Defendants WRM 852 Corp., and William Mendez including, without limitation, claims for unpaid wages, overtime, liquidated damages, statutory damages, punitive damages, emotional damages, interest, costs, fess, reasonable attorneys' fees and costs, and all other sums or expenses arising out of or otherwise related to the allegations in this action, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Natasha Krumbiegel against Defendants Red River Inn and Rick Tripi in the amount of $120,000.00, and against Defendants WRM 852 Corp., and William Mendez in the amount of $5,000,00, in full and final resolution of all of Plaintiff's claims for relief against Defendants Red River Inn, Rick Tripi, WRM 852 Corp., and William Mendez including, without limitation, claims for unpaid wages, overtime, liquidated damages, statutory damages, punitive damages, emotional damages, interest, costs, fess, reasonable attorneys' fees and costs, and all other sums or expenses arising out of or otherwise related to the allegations in this action; and that this case is closed.

Dated: March 23, 2023
       Central Islip, New York

                                      BRENNA B. MAHONEY
                                      CLERK OF COURT

                          By:    /s/ James J. Toritto
                                 Deputy Clerk